UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND DWAYNE McCOY,<br><br>                Petitioner,<br><br>   v.<br><br>DAN PACHOLKE,<br><br>                Respondent. | NO.  C15-2040-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Petitioner's habeas petition is DENIED.

3. Petitioner's motion for an evidentiary hearing, Dkt. 12, is DENIED.

4. Petitioner's motion for appointment of counsel, Dkt. 11, is DENIED.

5. A certificate of appealability is DENIED with respect to all claims raised in this action.

6. This action is DISMISSED with prejudice.

\\

\\

ORDER OF DISMISSAL - 1

7. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 29th day of July, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2